| | |
|---|---|
| **United States District Court** | FILED ___ LODGED ___ RECEIVED ___ COPY <br> DISTRICT of ARIZONA <br> SEP 1 4 2007 <br> CLERK U S DISTRICT COURT <br> DISTRICT OF ARIZONA <br> BY _____ DEPUTY |
| United States of America <br> v. <br> **DONALD BIARD MACGUINEAS, III** <br> DOB: xx/xx/1971; United States Citizen | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> 07-08521M |

CRIMINAL COMPLAINT

Complaint for 18 U.S.C. **§ 875(c)**

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning on or about August 20, 2007, to on or about September 4, 2007, at or near Tucson, in the District of Arizona, **DONALD BIARD MACGUINEAS III**, knowingly transmitted in interstate commerce, with intent to threaten, a communication, that is, an electronic mail communication, addressed to Maya MacGuineas and others, containing a threat to injure the person of another, specifically "Just to make it perfectly clear, I am intending to bomb certain buildings and shoot school children with a machinegun (hasn't been done, since 1934, at least)".

In violation of Title18, United States Code, Section 875(c).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 2, 2007, Maya MacGuineas, who resides in Chevy Chase, Maryland, forwarded several e-mails she had received from her brother, Biard MacGuineas, a Tucson resident to the Federal Bureau of Investigation at the Baltimore, Maryland field office. Ms. MacGuineas indicated she was in fear for her safety, the safety of her family, and the safety of other people. These e-mails were forwarded to the local FBI office on September 4, 2007.

The e-mails were sent from the address bmg_357@hotmail.com, which according to Maya MacGuineas, is an address used by Biard MacGuineas, and in part includes the following:

- a. E-mail dated 08/20/2007, 2:33 a.m. from bmg_357@hotmail.com., cc to May MacGuineas and a distribution list of individuals whose identity has not yet been determined by law enforcement:

  " **Just to make it perfectly clear, I am intending to bomb certain buildings and shoot schoolchildren with a machine gun (hasn't been done, since 1934, at least)**" (emphasis added)

(SEE ATTACHED SHEET)

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| | |
|---|---|
| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br> BKA/GQ <br> Authorized by AUSA: _Sandra M Hans_ | SIGNATURE OF COMPLAINANT (official title) <br> _Scott J. [signature]_ <br> OFFICIAL TITLE <br> **FBI Special Agent** |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE <br> _[signature]_ | DATE <br> September 14, 2007 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

● b. E-mail dated 08/27/2007, 12:15 pm to Special Agent Burdette from Maya MacGuineas in which Maya MacGuineas partially reproduces an e-mail that she received from her brother Biard MacGuineas:

> "I skipped the surgery where Cohen was going to check me cancer. The problem we'd discussed is on my tongue, but once his medical records were written out, they said he was going to operate on my "lung", and I don't see why he should have done surgery on my lung, when the problem is on my tongue, and he's not even a lung-doctor.
>
> **So, I have to go with Seung-Hui Cho on this one. "Deceitful charlatans... all the shit you've given me, right back at you with hollow points: -- Seung-Hui Cho**
>
> **"Christopher Chomchird and Carmen Boandon, former classmates of Cho, stated that they heard rumors of a "hit list" of other students Cho wanted to kill. Blandon stated that she saw the "list" as a joke at the time." (emphasis added)**
>
> > [Note: Seung-Hui Cho was the shooter responsible for the Virginia Tech massacre, dated April 16, 2007]
>
> **I keep a hit list of people I intend to kill. (emphasis added)**
>
> >The handwritten letter, sent to the office of a prominent Tory MP, had a >chilling finality. 'I've given you the chance to help, but you haven't, '>it said. 'Now someone is going to have to die.'
>
> cool
>
> >Its author, a man from the north of England, had written to other >high-profile politicians in the preceding months, claiming that the >government owed him £300bn for acts of 'criminal negligence'
>
> Does anyone really doubt it?
>
> >There was good cause to feel uneasy.
>
> What's evident is that there's good cause to feel uneasy if the deceitful charlatans aren't killed.
>
> >Finally, he composed an archetypal end-of-the-road letter, to the police >magistrates of Bow Street. 'I consider His Majesty's Government to have >completely endeavored to close the door of justice, ' it said. 'Should this >reasonable request be finally denied, I shall then feel justified in >executing justice myself.'
>
> Well said.
>
> >Afterward, Bellingham presented himself at the Treasury, where he warned >officials that he now considered he had 'carte blanche' to execute whatever >revenge he chose.
>
> Indeed he did have that."

● c. E-mail dated 08/31/2007, 5:39 pm from bmg_357@hotmail.com, cc to Maya MacGuineas and a distribution list of individuals whose identity has not yet been determined by law enforcement;

Are you joking? Do you realize the recovery rate from oral cancer neglected for 15 years?

"Perhaps if you suffered for 15 years while people, including your family, > took advantage of you, you would get real?

Do you realize that for the past 7 years I have simply been premeditating the killing, literally, of everyone who took advantage of my misfortune? My focus is on teaching people to think twice about joining lynch mobs; that's > all. **(emphasis added)**

There's no point in talking down to me.

>Hi - happy end of summer! Focus on healing, not others - that won't help>>you feel better."

● d.  E-mail dated 08/31/2007, 5:44 pm from bmg_357@hotmail.com, cc to Maya MacGuineas and a distribution list of individuals whose identity has not yet been determined by law enforcement;

" p.s.

Please get real. It's no secret, that in 2000, I wrote a number of people letters explaining that it was now or never. They chose never. **Since then, I have been amassing machineguns (see attached), studying how to kill, hiring Navy SEALS, with the singular intention of killing people who took advantage of me, following extensive premeditation. Perhaps this will make more sense at some point in the future. (emphasis added)**

People assumed I was lying about having cancer and being in pain. I bet they think I'm kidding about this too. LOL!"

[Note: attached to the e-mail was a picture of six assault type rifles]

● e.  E-mail dated 09/01/2007, 7:41 am from bmg_357@hotmail.com to bmg_357@hotmail.com, a cc to Maya MacGuineas:

" >the grimness of the situation.

**There's going to be a major bloodbath, I'll tell you that much." (emphasis added)**

● f.  E-mail dated 09/02/2007, 8:00 am from bmg_357@hotmail.com to bmg_357@hotmail.com, cc to Maya MacGuineas:

" Hey John, Maya, and Dad,

I just thought of something. How would you like it if you got shot,>>> non-fatally; and you were in agony, and feeling your lives slipping away, begging me to be humane and take you to the hospital, and I just stood there, tooting my own horn and calling you a hypochondriac? Is >>>> that what you would like, because it really does seem like that's how >>>> feel people should be treated."

● g.  E-mail dated 09/02/2007, 6:21 pm from bmg_357@hotmail.com to bmg_357 @hotmail.com, cc to Maya MacGuineas:

" I am off the Valium, which had been making me paranoid, and now I'm sober as a judge, and it just occurred to me, dad, would it help you understand the difference between severe headache and "hypochondriases", if you, for example, had your arms and legs duct taped together, and your head were battered into porcelain bathtub, slowly I'm thinking, so that in between each blow you had a minute to contemplate the difference between severe headache and "hypochondriases"?

What about small nails hammered into the top, back and side of your head, as part of the same treatment? Might it help more if you were duct taped to a wall, from where you could witness (with your remaining eye) Maya receiving the same treatment? Might it help you if I stood there, tooting my own horn and speculating about possible causes of any 'distress' you might exhibit?

What if you were dabbed with napalm, which can be manufactured from readily available materials, and ignited, and what if I were there, observing you, tooting my own horn, and musing that your 'distress' was due to "hypochondriasis" and best treated with psychiatric medications, because that is what Alexis Gentile said?

Arms and legs duct taped together, and pushed down a flight of stairs, to land on a bed of broken glass? Am I delusional, or might this honestly help you understand the difference between severe headache and 'hypochondriases'?"

Affiant notes that on September 4, 2007, Biard MacGuineas was taken to Kino Hospital for observation by the Pima County Sheriff's Department, pending a hearing on Monday, September 17, 2007 regarding his mental status.

Affiant further notes that on September 7, 2007, a search warrant was executed on MacGuineas' home. Twenty-five firearms were seized by law enforcement. Seven of the firearms were found to be fully automatic. MacGuineas did have the proper documentation necessary to possess each of the automatic weapons.