# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED ____ COPY

RECEIVED

OCT 2 3 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY

USA
**PLAINTIFF**

v.

**WITNESS LIST**

Donald Biard MacGuineas, III
**DEFENDANT**

07-08521M(BPV)
CASE NUMBER:

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| HECTOR C. ESTRADA | Selina Vega | Courtsmart |
| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| 10/23/07 | Beverly Anderson | Raul Miranda |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| X | | 10/23/07 | 10/23/07 | Dr. Marty Newman | x |
| X | | 10/23/07 | 10/23/07 | Scott Holtz | x |
| X | | 10/23/07 | | Dr. Stoker | x |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |