IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,                 )<br>                                                           )<br>                    Plaintiff,              )<br>                                                           )<br>          vs.                                        )<br>                                                           )<br> Donald Biard Macguineas, III,        )<br>                                                           )<br>                    Defendant.           )<br>_____) | NO.  CR-07-01838-TUC-RCC (BPV)<br><br>**O R D E R   O F   C O M M I T M E N T**<br>**(NUNC PRO TUNC)** |

On October 23, 2007, the Honorable Hector C. Estrada found, by clear and convincing evidence, that the Defendant is a danger to the community.  Therefore, on motion of the Government, and defense Counsel having no objection, **IT IS ORDERED** as follows:

1. Pursuant to 18 U.S.C. §4241(a) and (b), Defendant Donald Biard Macguineas, III, is committed to the custody of the Attorney General to be hospitalized in a suitable facility for a reasonable period of time, **NOT TO EXCEED FOUR (4) MONTHS**, as is necessary to determine whether the Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense and, if the Defendant is found incompetent, whether there is a substantial probability in the foreseeable future he will be restored to competency.  A written report shall be prepared by the director of the facility or his agent and submitted directly by mail and fax to the Honorable Bernardo P. Velasco, 405 West Congress, Suite 5650, Tucson, Arizona, 85701, FAX 520-205-4639, pursuant to these provisions.  That report shall include the name and dosage of all medications the defendant is currently taking to maintain competency.

2. All pending dates and deadlines are **VACATED,** and this case is **STAYED** pending a determination of restorability pursuant to the statute.

3.      A **Status Conference** regarding transport of the Defendant is set for **December 20, 2007, at 9:00 a.m.** and a **Status Conference** to consider the issue of restorability is set for **May 5, 2008, at 9:00 a.m.**

4.      The hearing on Government's Motion for Psychiatric Evaluation scheduled for December 12, 2007, at 1:30 p.m. is vacated.

5.      Excludable delay under 18 U.S.C. 3161 (h) (1) (A), is found to begin on December 4, 2007, and end upon the Court's determination of competency.  Such time shall be in addition to other excludable time under the Speedy Trial Act and shall commence as of the day that would otherwise be the last day for commencement of trial.

6.      The Clerk of the Court shall deliver a certified copy of this Order to the United States Marshal Service and said copy shall serve as the commitment order for the defendant.

7.      This Order is entered nunc pro tunc as of December 4, 2007.

DATED this 13th day of December, 2007.

_____
Bernardo P. Velasco
United States Magistrate Judge