IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DONALD BIARD MACGUINEAS, III,<br><br>  Defendant. | NO.  CR 07-01838-TUC-RCC(BPV)<br>       and 07-4984M<br><br>**ORDER** |

On motion of the Government, and good cause appearing,

**IT IS ORDERED** that the Application and Affidavit for Search Warrant, Search Warrant, and Return thereof in 07-4984M be unsealed.

DATED this 11th day of March, 2008.

_____
Bernardo P. Velasco
United States Magistrate Judge