IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> DONALD BIARD MACGUINEAS, III, <br> Defendant. | NO.   CR 07-01838-TUC-RCC(BPV) <br><br> **ORDER** |

On motion of the Government, and good cause appearing therefor,

**IT IS ORDERED** that Cox Communications, Microsoft Corporation, and Sony Computer Entertainment America, Inc., produce to the Court on or before July 18, 2008, the documents set forth in the Subpoenas that were issued in this matter on June 23, 2008.

**IT IS FURTHER ORDERED** that, once the documents have been produced, the U.S. Attorney's Office shall be allowed to maintain custody of same, on the condition that defense counsel is provided with an adequate opportunity to inspect and photocopy the documents.

DATED this 24th day of June, 2008.

_____
Bernardo P. Velasco
United States Magistrate Judge