MIRANDA LAW OFFICE
P.O. BOX 35326
TUCSON, ARIZONA 85740-5326
TELEPHONE: (520) 792-9411
FACSIMILE: (520) 203-0266

RAUL A. MIRANDA, ESQ.
AZ BAR NO. 017386 - PCC NO. 65133
E-MAIL: MIRANDALAW@COMCAST.NET
ATTORNEY FOR DEFENDANT (001)

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR07-1838-TUC-RCC-(BPV) |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AS COUNSEL** |
| DONALD BIARD MACGUINEAS III, | |
| Defendant. | |

Excludable delay under 18 U.S.C. §3161(h)(1)(F) and (8)(A) will occur as a result of this motion and any order based thereon.

Undersigned counsel, on behalf of Defendant DONALD BIARD MACGUINEAS III, hereby moves the Court for withdrawal of counsel for the following reasons:

1. Undersigned counsel has represented Mr. MacGuineas for over a year. It has become apparent to counsel that an irreparable conflict of interest has developed between attorney and client in this matter to make further effective representation impossible.

2. On December 10, 2008, a hearing was held before Magistrate Judge Bernardo P. Velasco wherein Defendant's *pro se* Motion for Appointment of New Counsel was to be heard. At that hearing, the Court did not address issues concerning appointment of new counsel. Since the defense did not concede to the competency evaluation conducted by the Federal authorities, the Court ordered undersigned counsel to set up a local competency evaluation to further determine competency, prior to entertaining any motion for new counsel. (*See* Minute Entry, Docket # 53)

3. After the hearing on December 10th, undersigned counsel met with the Defendant and discussed a possible evaluation by Dr. Barry Morenz of the University of Arizona Medical School. Defendant expressed his wish to be involved in the selection of the medical / psyschological professional to conduct further evaluation. Defendant expressed his desire that undersigned counsel not be involved in that selection and that a new attorney who has his trust and confidence be involved in that process. Undersigned counsel agrees that defendant should be allowed to participate in the process of selecting his doctor / psychologist so that he will have confidence in his treating medical professional. The Defendant will not have such confidence and trust if undersigned counsel is involved in the selection process. Appointment of a new attorney to work with the Defendant at this stage would serve to ensure optimum results in future evaluation and treatment, should recommendations for such follow.

4. It has become patently clear to undersigned counsel that Defendant's trust and confidence in undersigned's representation has been lost. An irreconcilable and irreparable conflict of interest between client and attorney has developed that precludes further effective representation by undersigned counsel in this matter. Consequently, the Court is strongly urged by undersigned counsel that he be removed from representation in this case and that new counsel for the Defendant be appointed at this time.

**DATED** this 15th day of December, 2008.

                 s/ *Raul A. Miranda*
                 RAUL A. MIRANDA
                 Attorney for Defendant

MIRANDA LAW OFFICE
P.O. BOX 35326
TUCSON, ARIZONA 85740-5326
TELEPHONE: (520) 792-9411
FACSIMILE: (520) 203-0266

1

2  **Copy of the foregoing electronically filed, noticed or delivered this 15th day of December, 2008, to:**

3

4  Clerk of Federal District Court
405 W. Congress, Suite 1500
Tucson, AZ 85701

5

6  Hon. Raner C. Collins
United States District Court Judge
405 W. Congress
Tucson, AZ 85701

7

8  Beverly K. Anderson
Assistant U.S. Attorney
405 W. Congress, Suite 4800
Tucson, AZ 85701

9

10

By: s/ *Raul A. Miranda*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MIRANDA LAW OFFICE
P.O. BOX 35326
TUCSON, ARIZONA 85740-5326
TELEPHONE: (520) 792-9411
FACSIMILE: (520) 203-0266