

December 20, 2008

Donald Biard MacGuineas
#13884196
Central Arizona Detention Center
P.O. Box 6300
Florence, AZ 85232

The Honorable Bernardo P. Velasco
United States Magistrate Judge
U.S. District Court for the District of Arizona
Evo A. DeConcini Courthouse
405 West Congress Street, Suite 5650
Tucson, AZ 85701-5054

Re: United States v. MacGuineas, CR-07-1838-TUC-RCC

Dear Judge Velasco,

    I respectfully accept, stipulate, and concede to the finding ("Forensic Report", Department of Justice, August 17, 2008) that I presently am suffering from no mental disease or defect rendering me mentally incompetent to the extent that I am unable to understand the nature and consequences of the proceedings against me or to assist properly in my defense.

Sincerely,
D.B. MacG
Donald Biard MacGuineas