1

1

2                    IN THE UNITED STATES DISTRICT COURT

3                              DISTRICT OF ARIZONA

4
    UNITED STATES OF AMERICA,        )
5                                    )   CR 07-1838-TUC-RCC
              Plaintiff,             )
6                                    )
    vs.                              )
7                                    )   December 10, 2008
    DONALD BIARD MACGUINEAS III,     )   Tucson, Arizona
8                                    )
              Defendant.             )
9

10                            STATUS HEARING

11
                  BEFORE:  HONORABLE BERNARDO VELASCO
12                   UNITED STATES MAGISTRATE JUDGE
                           405 W. CONGRESS
13                     TUCSON, ARIZONA 85701

14

15                      A P P E A R A N C E S

16        FOR THE GOVERNMENT:  MS. BEVERLY ANDERSON, ASSISTANT
    UNITED STATES ATTORNEY.
17
          FOR THE DEFENDANT:  MR. RAUL MIRANDA, ATTORNEY AT LAW.
18

19

20          PROCEEDINGS WERE DIGITALLY RECORDED
21
              TRANSCRIBED BY:  Dianne Davenport
22               405 W. Congress, Suite 1500
                   Tucson, Arizona 85701
23                     (520)205-4266

24

25

2

P R O C E E D I N G S

(Call to order of court.)

THE CLERK:  CR 07-1838, United States of America versus Donald Biard MacGuineas III, on for status hearing regarding transport and defendant's motion for new counsel.

Counsel, please state your appearance.

MS. ANDERSON:  Good morning.  Beverly Anderson for the United States.

MR. MIRANDA:  Raul Miranda appearing as appointed counsel for Mr. MacGuineas, in custody, speaks English.

THE COURT:  There's been a finding of competency?

MS. ANDERSON:  Yes, Your Honor.

MR. MIRANDA:  Pardon, Your Honor?

THE COURT:  There's been a finding he is competent to proceed?

MR. MIRANDA:  Yes, Your Honor, but we did not concede to that.  We had not conceded to that.  There was a report that he was competent from the medical prison facility at Fort Devons, Massachusetts, (unintelligible) Massachusetts, and at the last hearing we had I did not concede that he was competent.

We were going to schedule when he got back, and the court approved that, to schedule sessions with Dr. Barry Morenz at the University --

THE COURT: Okay.

MR. MIRANDA:  -- of Arizona.  We have been waiting for

1   Mr. MacGuineas to be brought back.  He was only brought back this last

2   week.

3             THE COURT:  So then the status is that -- did you file a

4   written motion for examination by Dr. Morenz?

5             MR. MIRANDA:  I was waiting to get -- you directed me

6   to get dates.  I had not gotten the dates because he had not been

7   here.

8             THE COURT:  I think what we need to do is have you file

9   a motion that Mr. MacGuineas be evaluated by Dr. Morenz at a time and

10   place convenient to both the marshal and the doctor.

11            MR. MIRANDA:  I will file that motion if I am still on the

12   case.  I don't know if I will be after this hearing.  That is why I have

13   been holding off.

14            THE COURT:  Until he is found competent, he can't fire

15   anybody.  You are still counsel of record.

16            MR. MIRANDA:  I see.  Can I speak with my client right

17   now?

18            THE COURT:  Yes, sir.

19            (Off-the-record discussion.)

20            MS. ANDERSON:  That makes sense, Your Honor.

21            MR. MIRANDA:  Mr. MacGuineas wishes me on his behalf

22   to stipulate that he believes he is competent and he will proceed from

23   this date -- admit he is competent to stand trial based on the report

24   from Fort Devons.

25            THE COURT:  Is that correct?

4

1           THE DEFENDANT:  No.  My admission is not based on the

2   report from Fort Devons.  I have only read one page of the report.  It

3   was just given to me for the first time a couple minutes ago.  I have

4   never been given the opportunity to read it.

5           THE COURT:  You will be evaluated by Dr. Morenz.

6           You are still on the case.

7           MR. MIRANDA:  All right, Your Honor.

8           MS. ANDERSON:  Judge, just real briefly for the record,

9   the government may be responding to the motion filed for an

10   evaluation by Dr. Morenz.  I need to look at the law in this area and see

11   if the defendant is entitled to another evaluation.

12           THE COURT:  Sure.

13           MS. ANDERSON:  Thank you.

14           MR. MIRANDA:  So I will file a motion, Judge?

15           THE COURT:  Yes, sir.

16           MR. MIRANDA:  Thank you.

17           (The proceedings concluded.)

18

19

20

21

22

23

24

25

5

1
2
3
4
5
6
7                              C E R T I F I C A T E
8
9
10
11          I, Dianne Davenport, certify that the foregoing is a correct
12    transcript from the record of proceedings in the above-entitled matter.
13
14
15
16
17    /s/  Dianne Davenport                    January 21, 2009
18
19
20
21
22
23
24
25