Law Offices
Steven P. Sherick
**SHERICK LAW OFFICE**
222 N. Court Avenue
Tucson, Arizona 85701
(520) 318-3939
Attorney No. 006031/52484
Attorneys For Defendant

*SHERICK LAW OFFICE*
*222 N. Court Avenue*
*Tucson, Arizona 85701*
*(520) 318-3939 • FAX (520) 318-0201*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>(1) DONALD BIARD MACGUINEAS, )<br>)<br>)<br>Defendant. )<br>_____ ) | Case No. CR07-01838-TUC-RCC (BPV)<br><br>**MOTION FOR PAYMENT OF COSTS AND EXPENSES FOR PRIVATE INVESTIGATOR**<br><br>(**Hon. Raner C. Collins**) |

It is not expected that excludable delay under 18 U.S.C. §3161(h)(1)(F) will occur as a result of this Motion or an order based thereon.

Defendant, DONALD BIARD MACGUINEAS, through undersigned counsel, Steven P. Sherick, of the SHERICK LAW OFFICE, P.C., who is appointed as counselor under the Criminal Justice Act, hereby moves this Court for an Order approving payment of costs and expenses for James Y. Soto, an experienced private investigator.

The reason for this request is in order to assist in communicating with client and to obtain discovery needed for sentencing.

1

*SHERICK LAW OFFICE*
**222 N. Court Avenue
Tucson, Arizona 85701
(520) 318-3939 • FAX (520) 318-0201**

Mr. Soto's hourly rate is $55.00 per hour. Defendant requests that the Court authorize up to 20 hours for James Soto. Thus, Defendant requests the court approve up to $1100.00 for Mr. Soto's time.

The Defendant, therefore, respectfully requests that the court appoint expenses for the above witnesses to be paid for the costs herein described for preparation of Sentencing.

The name, address, telephone number for James Soto is as follows:

> Mr. James Y. Soto
> 2370 W. Oregon St
> Tucson, AZ 85746
> Tele. No. (520) 975-5020

RESPECTFULLY SUBMITTED this 23rd day of June, 2009.

SHERICK LAW OFFICE

/s/ Steven P. Sherick

Steven P. Sherick
Counsel for Mr. Macguineas

ORIGINAL and one copy of the foregoing filed this 26th day of June, 2009, with the Clerk of the United States District Court.

Copy of the foregoing delivered/mailed this 26th day of June, 2009 to:

Ms. Beverly Anderson
U.S. Attorney's Office
405 W. Congress, 4800
Tucson, Arizona 85701
Attorney for Plaintiff

2