UNITED STATES DISTRICT COURT

for

Arizona

Petition for Warrant

| | | | |
|---|---|---|---|
| Name of Offender: | **Donald Biard MacGuineas III** | Case No.: | **07CR01838-001-TUC-RCC(BPV)** |
| Name of Judicial Officer: | **The Honorable Raner C. Collins, U.S. District Judge** | | **SEALED** |
| Date of Original Sentence: | **12/07/2009** | | |
| Original Offense: | Count 1: | **Transmitting in Interstate Commerce a Communication Threatening to Injure Another Person, 18 U.S.C. § 875(c), a Class D felony.** | |
| Original Sentence: | **Time served (796 days), 36 months supervised release** | | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **12/07/2009**<br>Date Supervision Expires: **12/06/2012** | |
| Assistant U.S. Attorney: | **Beverly Anderson**<br>**(520) 620-7300** | Defense Attorney: | **Edward Laber**<br>**(520) 624-3000** |

Petitioning the Court to issue a Warrant

The probation officer alleges Donald Biard MacGuineas III has violated the following condition(s) of supervision:

| CONDITION VIOLATED | NATURE OF NON-COMPLIANCE |
|---|---|
| ) <u>Special Condition No. 3</u>: *You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.* | 1) On April 1, 2010, MacGuineas failed to sign a release of information form (11B) for mental health services. By refusing to provide a valid release of information, this officer is unable to communicate with mental health provider to verify services. Grade C violation §7B1.1(a)(3). |



) <u>Special Condition No. 4</u>: *You shall reside and participate in a residential re-entry center for up to 180 days and shall comply with the rules of the facility.*

1) On April 13, 2010, this officer received notification from the Residential Re-entry Center, New Beginnings Treatment Center, of their intent to unsuccessfully discharge Macguineas from their program due to his continued disruptive behavior in treatment groups, failure to follow acceptance of conditions, failure to obtain psychiatric evaluation in a timely manner and lack of positive progress, Grade C violation §7B1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

MacGuineas has violated the trust of the Court. A warrant is recommended as MacGuineas is a danger. The instant offense involves the use of threats and the victims are fearful of MacGuineas' access to the community. His mental health appears to be declining as evidenced by the appearance of an increase in anxiety and paranoia. The offender is not responsive to directives by this officer and he has reportedly become fixated on certain staff members at NBTC and has demonstrated aggressive behavior to other clients at the NBTC facility.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

| _Pamela D. Patterson_ | 4/15/2010 | _Pamela D. Patterson_ | 4/15/2010 |
|---|---|---|---|
| Donna J. Salazar | Date | Pamela D. Patterson | Date |
| Senior U.S. Probation Officer | | Supervisory U.S. Probation Officer | |
| Office Phone: (520) 205-4404 | | Office Phone: (520) 205-4478 | |
| Cell Phone:  (520) 631-5135 | | Cell Phone:  (520) 631-6623 | |

The Court Orders

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

_____        4-16-10
The Honorable Raner C. Collins           Date
U.S. District Judge