## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

# EXHIBIT LIST

**United States of America**
PLAINTIFF

v.

**Donald Biard Macguineas, III**
DEFENDANT


FILED ___ LODGED
RECEIVED ___ COPY
JUN 22 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CASE NUMBER: CR 07-1838-TUC-RCC (BPV)

| PRESIDING JUDGE<br>Hon. Raner C. Collins | COURTROOM DEPUTY<br>Maureen Gorski | COURT REPORTER<br>Erica Grund |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>June 22, 2011<br>(Continued Competency Hearing) | PLAINTIFF ATTORNEY(S)<br>Beverly K. Anderson, AUSA | DEFENDANT ATTORNEY(S)<br>Richard L. Lougee, Jr. |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 | | 6-22-11 | Transcript - evaluation of defendant by Dr. Barry Morenz, September 15, 2010 |
| 2 | | 6-22-11 | Report of Dr. Barry Morenz dated September 15, 2010 |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |