# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**
    v.
**DONALD BIARD MACGUINEAS III**

No. **CR 07-01838-001-TUC-RCC(BPV)**

USM#: 13884-196

**JUDGMENT AND COMMITMENT
REVOCATION OF SUPERVISED RELEASE**

Richard L. Lougee, (Appointed)
Attorney for Defendant

On 12/07/2009, the defendant, present with counsel, appeared for sentencing for violating, Title 18, U.S.C. §875(c), Transmitting in Interstate Commerce a Communication Threatening to Injure Another Person, a Class D Felony offense, as charged in the Indictment filed herein.

    The defendant was sentenced to a term of imprisonment of **TIME SERVED** and upon release, **THIRTY SIX (36) MONTHS** of supervised release to follow.

On 04/16/2010, the United States Probation Office filed a petition to revoke the term of supervised release.

On 08/23/2010, the defendant appeared with counsel and an evidentiary hearing was held before the Court. The Court found that allegation number 1 had been proven as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 12/07/2009, is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED**, pending bed space, and with a term of **TWENTY ONE (21) MONTHS** supervised release to follow.

In addition to the standard conditions of supervision, the defendant shall also comply with the following special conditions:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.

3. You shall provide the probation officer access to any requested financial information.

4. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.

5. You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

6. You shall reside and participate in a residential re-entry center for 180 days, unless discharged earlier by the probation officer.

7. You shall have no contact with your family who were victims, and the probation officer will verify compliance.

8. You are prohibited from owning, maintaining or using a firearm.

9.  You shall abstain from all use of alcohol or alcoholic beverages.

10. You shall be re-evaluated by a doctor, who may recommend prescribed medication. This doctor is to be selected by the probation officer, and a doctor the defendant has not previously seen.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

**IT IS FURTHER ORDERED** that the remaining allegation are dismissed.

The defendant is advised of defendant's right to appeal within **FOURTEEN (14) DAYS** of entry of judgment.

<u>July 20, 2011</u>
Date of Imposition of Sentence

DATED this 21st day of July, 2011.

Raner C. Collins
United States District Judge

CR 07-01838-001-TUC-RCC(BPV) - MACGUINEAS III