PROB 12C
8/08

# UNITED STATES DISTRICT COURT
## for
## Arizona
### Petition for Warrant



FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 2 2 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

| | | | |
|---|---|---|---|
| Name of Offender: | Donald Biard MACGUINEAS III | Case No.: | 07CR01838-001-TUC-RCC(BPV) |
| Name of Judicial Officer: | The Honorable Raner C. Collins, U.S. District Judge | | **SEALED** |
| Date of Original Sentence: | 12/07/2009 | | |
| Original Offense: | **Count 1:** Transmitting in Interstate Commerce a Communication Threatening to Injure Another Person, 18 USC § 875 (c) a Class D felony. | | |
| Original Sentence: | Time served (796 days), 36 months supervised release | | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | 07/20/2011 |
| | | Date Supervision Expires: | 08/19/2013 |
| Assistant U.S. Attorney: | Beverly Anderson (520) 620-7300 | Defense Attorney: | Jr. Richard Lougee |

### Petitioning the Court to issue a Warrant

The probation officer alleges Donald Biard MACGUINEAS III has violated the following condition(s) of supervision:

| CONDITION VIOLATED | NATURE OF NON-COMPLIANCE |
|---|---|
| A) Standard Condition No. 4: *You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.* | 1) On July 22, 2011, Macguineas failed to sign a release of information form (11B) for mental health services. By refusing to provide a valid release of information, the instructions of this officer to have the offender participate in mental health services and be re-evaluated by a doctor cannot be followed. A Grade C violation §7B1.1(a)(3)(B). |
| B) Special Condition No. 1: *You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.* | 1) On July 22, 2011, Macguineas failed to sign a release of information form (11B) for mental health services. By refusing to provide a valid release of information, Macguineas has rendered a mental health assessment and appropriate service through the probation department impossible. A Grade C violation §7B1.1(a)(3)(B). |

PU
USA
USA

**Copies Distributed**

| | |
|---|---|
| C) <u>Special Condition No. 10</u>: *You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.* | 1) On July 22, 2011, Macguineas failed to sign a release of information form (11B) for mental health services. By refusing to provide a valid release of information, Macguineas has rendered a mental health assessment and appropriate services through the probation department impossible. A Grade C violation §7B1.1(a)(3). |

**U.S. Probation Officer Recommendation and Justification**

Macguineas has violated the trust of the Court. A warrant is recommended as the offender is a danger. The instant offense involves the use of threats and the victims are fearful of MacGuineas' access to the community. In addition, the offender has mental health needs that remain untreated.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____ 7/22/2011　　_____ 7/22/2011
Donna J. Salazar　　　　　　　　　Date　　　　Pamela D. Patterson　　　　　　　　Date
Supervisory U.S. Probation Officer　　　　　　Supervisory U.S. Probation Officer
Office Phone: (520) 205-4404　　　　　　　　Office Phone: (520) 205-4478
Cell Phone:　 (520) 631-5135　　　　　　　　Cell Phone:　 (520) 631-6623

---

The Court Orders

☐　　No Action
☒　　The Issuance of a Warrant
☐　　The Issuance of a Summons
☐　　Other

_____　　　　7-22-11
The Honorable Raner C. Collins　　　　　　Date
U.S. District Judge