```
 1                IN THE UNITED STATES DISTRICT COURT
 2                        DISTRICT OF ARIZONA
 3
 4  UNITED STATES OF AMERICA
 5  vs.                                     CR-07-1838-TUC-RCC
 6  DONALD BIARD MACGUINEAS,
 7            Defendant.
    _____
 8
                                               July 2, 2010
 9                                           Tucson, Arizona
10
                            STATUS HEARING
11
12          BEFORE THE HONORABLE RANER C. COLLINS
                  UNITED STATES DISTRICT JUDGE
13
14
                        A P P E A R A N C E S
15
16  For the Government:    Beverly K. Anderson
                           Assistant U.S. Attorney
17
18  Court Reporter:        Erica R. Grund, RDR, CRR
                           Official Court Reporter
19                         405 W. Congress Street
                           Tucson, Arizona 85701
20
21
22
23
24
25      Proceedings prepared by computerized realtime
                         translation
```

|   |   |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | THE CLERK: CR-07-1838, United States of |
| 3 | America vs. Donald Biard MacGuineas, III, on for |
| 4 | status hearing. |
| 5 | Counsel, state your appearances. |
| 6 | MS. ANDERSON: Beverly Anderson for the |
| 7 | United States. Good morning. |
| 8 | THE COURT: Good morning, Ms. Anderson. |
| 9 | Show that Mr. MacGuineas is present. His attorney |
| 10 | is not here. The Court has appointed Gary Kneip to |
| 11 | represent him. |
| 12 | Ms. Anderson, have you had any contact |
| 13 | with Mr. Kneip on this case? |
| 14 | MS. ANDERSON: I haven't, Your Honor, but |
| 15 | I have been out of state until late last night. |
| 16 | THE COURT: All right. He had to continue |
| 17 | a hearing yesterday for a family emergency, so I'm |
| 18 | thinking that may be why he's not here today. |
| 19 | Mr. MacGuineas, I'm not sure why he's not |
| 20 | here this morning. There may have been some |
| 21 | communication problems, so what I'm going to do is |
| 22 | just continue it for a few days to try and get hold |
| 23 | of him. |
| 24 | He did tell us that he would take the |
| 25 | case, but I didn't hear that until Tuesday. All |

```
 1   right?
 2            THE DEFENDANT:  Okay.
 3            THE COURT:  So I'm sorry for getting you
 4   up so early in the morning.  Let me reset this
 5   until next Thursday.
 6            Is that okay, Ms. Anderson, with your
 7   calendar?
 8            MS. ANDERSON:  Yes, Your Honor.  Thank
 9   you.
10            THE COURT:  Next Thursday at -- what's a
11   good time, Mo?
12            Thursday the 8th, 9:20.  I'll do it next
13   Thursday, and we will get in touch with him between
14   now and then, okay?  I'm so sorry.
15            THE DEFENDANT: Okay.  Thank you, Your
16   Honor.
17            THE COURT:  Thank you.
18            MS. ANDERSON:  I'll reach out to him, Your
19   Honor.
20            THE COURT:  Thank you.
21            (Proceedings concluded in this matter.)
22
23
24
25
```

C E R T I F I C A T E

I, Erica R. Grund, do hereby certify that I took the machine shorthand notes in the foregoing matter; that the same was transcribed via computer-aided transcription; that the preceding pages of typewritten matter are a true, correct, and complete transcription of those proceedings ordered, to the best of my skill and ability.

Dated this 16th day of August, 2011.

s/Erica R. Grund
Erica R. Grund, RDR, CRR
Official Court Reporter