IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson- Division) **CRIMINAL MINUTES**

 07  / 1838/                                            Date: 3/16/2012
 Yr   Case No.  Dft#

 x  Hon. RANER C. COLLINS   #7024

USA v.    Donald Biard MacGuineas, III
         FIRST NAME    MIDDLE NAME    LAST NAME
DEFENDANT: X  Present    __Not Present    __Released    X  Custody    ____Writ

Deputy Clerk:  Gloria McInroy              Crt Reporter:  Erica Grund

U. S. Atty: Beverly Anderson              Dft Atty: Vicky Brambl (AFPD) Advisory
                                                     x  pres    __appt.    __ret'd
=================================================================
__Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued,
   dft to be held without bail
=================================================================
__Dft not appearing, on mot of US Atty, order bond forfeited and b/w issue

**DISPOSITIONAL HEARING    [SENTENCE]**

✔ ORDER SUPERVISED RELEASE REVOKED & SENTENCE IMPOSED AS FOLLOWS:

__ COMMITTED TO THE CUSTODY OF THE BUREAU OF PRISONS FOR IMPRISONMENT
    FOR A PERIOD OF ____ MONTHS ON CT(S)_____

✔ Supervised release imposed for a term of **THIRTEEN (13) MONTHS** as provided by law

✔ Additional conditions supervised release: 1) You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer. 2) You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner. 3) You shall provide the probation officer access to any requested financial information. 4) You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer. 5) You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer. 6) You shall reside and participate in a residential re-entry center for 180 days, unless discharged earlier by the probation officer. 7) You shall have no contact with your family who were victims, and the probation officer will verify compliance. 8) You are prohibited from owning, maintaining or using a firearm. 9) You shall abstain from all use of alcohol or alcoholic beverages. 10) You shall be re-evaluated by a doctor, who may recommend prescribed medication. This doctor is to be selected by the probation officer.

The Defendant is advised if he is prescribed a medication and he does not want to take the medication he shall contact the court and ask that a hearing be set.

✔   Defendant advised of right to appeal

✔   Other: Ms. Brambl is present at the request of the Court.


cc: MacGuineas (mailed by clerk)

Disposition: 30 min.