PROB 12C
8/08



UNITED STATES DISTRICT COURT

for

Arizona

Petition for Warrant

| | | | |
|---|---|---|---|
| Name of Offender: | **Donald Biard MACGUINEAS III** | Case No.: | **07CR01838-001-TUC-RCC(BPV)** |
| Name of Judicial Officer: | **The Honorable Raner C. Collins, U.S. District Judge** | | |
| Date of Original Sentence: | **12/07/2009** | | |
| Original Offense: | **Count 1: Transmitting in Interstate Commerce a Communication Threatening to Injure Another Person, 18 USC § 875 (c), a Class D felony.** | | |
| Original Sentence: | **Time served (796 days), 36 months supervised release** | | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: | **03/16/2012** |
| | | Date Supervision Expires: | **04/15/2012** |
| Assistant U.S. Attorney: | **Beverly Anderson**<br>**(520) 620-7300** | Defense Attorney: | **To be determined** |

**SEALED**

Petitioning the Court to issue a Warrant

The probation officer alleges Donald Biard MacGuineas III has violated the following condition(s) of supervision:

| CONDITION VIOLATED | NATURE OF NON-COMPLIANCE |
|---|---|
| A) <u>Special Condition No. 9</u>: *You shall abstain from all use of alcohol or alcoholic beverages.* | 1) According to Federal Bureau of Investigations report FD-1055, number 9B-PX-2554823, on or about November 7, 2012, the defendant was observed by FBI Agents consuming alcohol at a local restaurant. A Grade C violation, §7B1.1(a)(3)(B). |
| B) <u>Special Condition No. 9</u>: *You shall abstain from all use of alcohol or alcoholic beverages.* | 1) According to Federal Bureau of Investigations report FD-302, number 9B-PX-2554823, on or about November 8, 2012, the defendant was observed by FBI Agents consuming alcohol at a local restaurant. A Grade C violation, §7B1.1(a)(3)(B). |





Copies Distributed

MACGUINEAS III, Donald Biard
07CR01838-001-TUC-RCC(BPV)
Petition to Revoke
November 15, 2012

## U.S. Probation Officer Recommendation and Justification

MacGuineas has violated the trust of the Court. A warrant is recommended as the instant offense involves the use of threats and the victims are fearful of MacGuineas' access to the community. In addition, the offender has mental health needs.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____   11/15/2012
Pedro Valenzuela                Date
Sr. U.S. Probation Officer
Office telephone:  (520) 205-4477
Cellular telephone:  (520) 631-7072

_____   11/15/2012
Pamela D. Patterson             Date
Supervisory U.S. Probation Officer
Office telephone:  (520) 205-4478
Cellular telephone:  (520) 631-6623

---

The Court Orders

☐  No Action
☒  The Issuance of a Warrant
☐  The Issuance of a Summons
☐  Other

_____   11-15-12
The Honorable Raner C. Collins   Date
U.S. District Judge