PROB 12C
8/08



DEC 1 1 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

for

Arizona

Superceding Petition ~~for Warrant~~  NOT SEALED

| | | | |
|---|---|---|---|
| Name of Offender: | **Donald Biard MACGUINEAS III** | Case No.: | **07CR01838-001-TUC-RCC(BPV)** |
| Name of Judicial Officer: | The Honorable Raner C. Collins, U.S. District Judge | | |
| Date of Original Sentence: | 12/07/2009 | | |
| Original Offense: | Count 1: Transmitting in Interstate Commerce a Communication Threatening to Injure Another Person, 18 USC § 875 (c), a Class D felony. | | |
| Original Sentence: | Time served (796 days), 36 months supervised release | | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | 03/16/2012 |
| | | Date Supervision Expires: | 04/15/2012 |
| Assistant U.S. Attorney: | Beverly Anderson (520) 620-7300 | Defense Attorney: | To be determined |

Petitioning the Court ~~to issue a Warrant~~.

The probation officer alleges Donald Biard MacGuineas III has violated the following condition(s) of supervision:

| CONDITION VIOLATED | NATURE OF NON-COMPLIANCE |
|---|---|
| A) Special Condition No. 9: *You shall abstain from all use of alcohol or alcoholic beverages.* | 1) According to Federal Bureau of Investigations report FD-1055, number 9B-PX-2554823, on or about November 7, 2012, the defendant was observed by FBI Agents consuming alcohol at a local restaurant. A Grade C violation. §7B1.1(a)(3)(B). |
| B) Special Condition No. 9: *You shall abstain from all use of alcohol or alcoholic beverages.* | 1) According to Federal Bureau of Investigations report FD-302, number 9B-PX-2554823, dated November 14, 2012, on or about November 8, 2012, the defendant was observed by FBI Agents consuming alcohol at a local restaurant. A Grade C violation. §7B1.1(a)(3)(B). |

PO
USA
MacGuineas
Branch/

Copies Distributed

Page 2

MACGUINEAS III, Donald Biard
07CR01838-001-TUC-RCC(BPV)
Petition to Revoke
December 5, 2012

C) Special Condition No. 9: *You shall abstain from all use of alcohol or alcoholic beverages.*

1) According to Federal Bureau of Investigations report FD-302, number 9B-PX-2554823, dated November 15, 2012, on or about November 14, 2012, the defendant was observed and video recorded by FBI Agents consuming alcohol at a local restaurant. A Grade C violation, §7B1.1(a)(3)(B).

**U.S. Probation Officer Recommendation and Justification**

MacGuineas has violated the trust of the Court. A warrant is recommended as the instant offense involves the use of threats and the victims are fearful of MacGuineas' access to the community. In addition, the offender has mental health needs.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____  12/04/2012
Pedro Valenzuela              Date
Sr. U.S. Probation Officer
Office telephone: (520) 205-4477
Cellular telephone: (520) 631-7072

_____  12/4/2012
Gina Enriquez                 Date
Supervisory U.S. Probation Officer
Office telephone: (520) 205-4421
Cellular telephone: (520) 631-6979

The Court Orders

☑ No Action  *Defendant is already in custody*
☐ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

_____        12-7-12
The Honorable Raner C. Collins    Date
U.S. District Judge