# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America**
PLAINTIFF

v.

**Donald Biard Macguineas, III**
DEFENDANT

# WITNESS LIST


FILED ___ LODGED
RECEIVED ___ COPY
DEC 11 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CASE NUMBER: CR 07-1838-TUC-RCC (BPV)

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Honorable Raner C. Collins | Maureen Gorski | Erica Grund |
| ~~HEARING/TRIAL DATE(S)~~ December 11, 2012 Motion Hearing | PLAINTIFF ATTORNEY(S) Beverly K. Anderson, AUSA | DEFENDANT ATTORNEY(S) Defendant Appearing *Pro Se*; Victoria Brambl, Advisory Counsel |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| 1. | | 12-11-12 | 12-11-12 | Rainier Diaz, M.D. | |
| 2. | | | | Pedro Valenzuela, Senior U.S. Probation Officer | |
| 3. | | | | Tony Taylor, Special Agent, FBI | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |