**FILED**

UNITED STATES COURT OF APPEALS

JAN 18 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff - Appellee,<br><br>   v.<br><br>DONALD BIARD MACGUINEAS, III,<br><br>          Defendant - Appellant. | No. 13-10026<br><br>D.C. No. 4:07-cr-01838-RCC-BPV-1<br>District of Arizona,<br>Tucson<br><br>ORDER |

      A review of the record suggests that this court may lack jurisdiction over the appeal because appellant's notice of appeal purports to be taken from the district court's order denying a requested detention hearing.  The court, however, has been unable to locate any district court order denying a detention hearing.  It appears from the district court docket that appellant's motions for a detention hearing, filed on December 12, 2012 and January 17, 2013, are currently pending in the district court.

      Within 14 days after the date of this order, appellant shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction.  If appellant elects to show cause, he shall include a copy of

KG/MOATT

the district court's order from which he appeals. Appellee may file a response within 10 days after service of the memorandum.

A further review of this court's docket reflects that the filing and docketing fees for this appeal remain due. Within 14 days after the date of this order, appellant shall pay to the district court the $455.00 filing and docketing fees for this appeal and file in this court proof of such payment or file in this court a motion to proceed in forma pauperis.

If appellant does not respond to the order to show cause and either pay the filing fees or move to proceed in forma pauperis, the appeal may be dismissed without further notice to appellant. *See* 9th Cir. R. 42-1.

Briefing is suspended pending further order of the court.

The Clerk shall serve a Form CJA 23 on appellant.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Karen Golinski
Deputy Clerk

✎ CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**IN UNITED STATES** ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____

FOR _____
AT _____

LOCATION NUMBER

PERSON REPRESENTED (Show your full name) _____

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: _____
**IF YES,** how much do you earn per month? $ _____
**IF NO,** give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes  ☐ No
**IF YES,** how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
RECEIVED   SOURCES
**IF YES,** GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**  Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No  **IF YES,** state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No
VALUE   DESCRIPTION
**IF YES,** GIVE THE VALUE AND DESCRIBE IT  $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
SINGLE
MARRIED
WIDOWED
SEPARATED OR DIVORCED
Total No. of Dependents _____
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _____