(p. 1 of 1)                                2013-Mar-01

Donald MacGuineas
#13884-196
P.O. Box 6300
Florence, AZ 85132
Defendant



        U.S. District Court
        District of Arizona

| USA | CR-07-1838-TUC-RCC |
|---|---|
| v | Motion Against Murder |
| MacGuineas | |

① Defendant, Donald MacGuineas, hereby moves this court to order the clerk to immediately provide Defendant with a copy of docket 272.

Whereas:

② Docket 272 is a transcript which was produced long ago. It was Defendant who paid for its production, long ago.

③ On 2013-Feb-20, Defendant asked court-appointed murderer Victoria Brambl:

    Please send me a copy of docket 272?

④ Brambl has withheld the requested transcript, for no legitimate reason.

Submitted 2013-Mar-01. D. Mac̸ / Donald MacGuineas / Defendant
Please provide copy to RCC and AUSA Anderson.