2013-Mar-04

Donald MacGuineas
#13884-196
P.O. Box 6300
Florence, AZ 85132
Defendant



U.S. District Court
District of Arizona

| USA | CR-07-1838-TUC-RCC |
| --- | --- |
| v | Memorandum Re Covering Up A Murder |
| MacGuineas | |

① Defendant, Donald MacGuineas, hereby submits for the record: that on 2008-Nov-20 at Metropolitan Detention Center (MDC) Brooklyn (Federal Bureau of Prisons [BOP]):

(a) Peter Goldstein, M.D. reported on Defendant. See docket 437, pages 2-4; and

(b) Defendant's blood was tested. Docket 437, page 3.

② This court record includes repeated references to said report and blood tests:

(a) docket 142, pages 21-22;

(b) docket 220, page 3;

(c) docket 235, pages 35-36;

(p. 2 of 2)                               2013-Mar-04

(d) docket 340; and

(e) docket 423.

③ Compare with AUSA Bev Anderson's denial in court on 2013-Mar-04 that she had ever heard of said blood tests.

Submitted 2013-Mar-04.

　　　　　　　　　　　D. Mac
　　　　　　　　　　　Donald MacGuineas
　　　　　　　　　　　Defendant

Please provide copy to RCC and AUSA Anderson