# UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**
   v.
**Donald Biard MacGuineas III**

No. **CR 07-01838-001-TUC-RCC(BPV)**

USM#: 13884-196

**JUDGMENT AND COMMITMENT
REVOCATION OF SUPERVISED RELEASE**

Donald Biard MacGuineas, III (Pro Per)
Victoria Brambl ( AFPD, Advisory)
Attorney for Defendant

On 12/07/2009, the defendant, present with counsel, appeared for sentencing for violating, Title 18, U.S.C. §875(c), Transmitting in Interstate Commerce a Communication Threatening to Injure Another Person, a Class D Felony offense, as charged in the Indictment filed herein.

The defendant was sentenced to a term of imprisonment of **TIME SERVED** and upon release, **THIRTY SIX (36) MONTHS** of supervised release to follow.

On 07/20/2011, the defendant's supervised release was revoked and was sentenced to a term of imprisonment of **TIME SERVED** and upon release, **TWENTY-ONE (21) MONTHS** of supervised release to follow.

On 03/16/2012, the defendant's supervised release was again revoked and was sentenced to a term of imprisonment of **TIME SERVED** and upon release, **THIRTEEN (13) MONTHS** of supervised release to follow..

On 11/15/2012, the United States Probation Office filed a petition to revoke the term of supervised release.
On 12/11/2012, the United States Probation Office filed a superseding petition to revoke the term of supervised release.

On 01/22/2013 and 03/04/2013, the defendant appeared in Pro Per and with advisory counsel and evidentiary hearings were held before the Court.   On 03/04/2013, the Court found the defendant had violated special condition number 9 of the conditions of supervised release as reflected in the superseding petition to revoke filed in this matter.  The matter now comes on for disposition

**IT IS ORDERED** that the term of supervised release imposed on 03/16/2012, is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a period of **ONE HUNDRED AND FIFTY-ONE (151) DAYS** with credit for **ONE HUNDRED AND ELEVEN (111) DAYS**.   **NO** further supervised release to follow.

The defendant is advised of defendant's right to appeal within **FOURTEEN (14) DAYS** of entry of judgment.

**IT IS FURTHER ORDERED DISMISSING** the original petition filed on 11/15/2012.

March 6, 2013
Date of Imposition of Sentence

DATED this 7th day of March, 2013.

Raner C. Collins
United States District Judge

CR 07-01838-001-TUC-RCC(BPV) - MACGUINEAS III