FILED

UNITED STATES COURT OF APPEALS

OCT 16 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DONALD BIARD MACGUINEAS, III,<br><br>Defendant - Appellant. | No. 13-10129<br><br>D.C. No. 4:07-cr-01838-RCC-BPV-1<br>District of Arizona,<br>Tucson<br><br>ORDER |

Before: SCHROEDER, LEAVY, and BERZON, Circuit Judges.

Appellant Donald Biard MacGuineas, III, moved for leave to represent himself on appeal and Federal Public Defender Victoria Brambl, Esq. moved to withdraw as appointed standby counsel.  The motions were referred to the Appellate Commissioner pursuant to Ninth Circuit General Order 6.3(e), which authorizes the Appellate Commissioner to confirm that appellant's request to proceed pro se and waiver of his right to counsel are knowing, intelligent, and unequivocal, and to prepare a report and recommendation concerning whether the court should permit appellant to represent himself on appeal.

On July 2, 2013, the Appellate Commissioner conducted a hearing pursuant to Ninth Circuit Rule 4-1(d) to confirm that appellant's waiver of the right to

counsel and request to proceed pro se were knowing, intelligent, and unequivocal. The Appellate Commissioner then filed a Report and Recommendation concluding that the court should  permit appellant to represent himself on appeal.  *See Martinez v. Court of Appeal*, 528 U.S. 152, 162-63 (2000); *Hendricks v. Zenon*, 993 F.2d 664, 669 (9th Cir. 1993).  The Appellate Commissioner also recommended that the court order MacGuineas to show cause why this appeal should not be dismissed for mootness.

The court adopts the Appellate Commissioner's Report and Recommendation in full.  Appellant MacGuineas's motion to represent himself is granted.  Counsel Brambl is relieved as appointed standby counsel.

A review of the record suggests that this appeal is moot because MacGuineas's challenges on appeal are limited to the revocation of his supervised release, and MacGuineas has been released from custody with no supervised release term remaining.  *See United States v. Tapia-Marquez*, 361 F.3d 535, 537 (9th Cir. 2004) (holding that release from custody renders moot the appeal of revocation of supervised release).

Within 21 days after the date of this order, appellant shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed as

moot.  If appellant elects to show cause, a response may be filed within 14 days after service of the memorandum showing cause.

If appellant does not comply with this order, the appeal may be dismissed without further notice to appellant.  *See* 9th Cir. R. 42-1.

Briefing is suspended pending further order of the court.

The Clerk shall serve a copy of the court's informational packet for pro se litigants and this order on appellant at Donald Biard MacGuineas, 2509 N. Campbell Ave., #380, Tucson, AZ 85719.  The Clerk shall also serve this order on counsel Brambl and on counsel for the government.