Donald B. MacGuineas
2509 N. Campbell Ave., #380
Tucson, AZ 85719
*Defendant*



United States District Court
for the
District of Arizona

| United States of America<br>v.<br>Donald Biard MacGuineas | CR-07-1838-TUC-RCC(BPV)<br><br>Notice Of Change Of Address |
|---|---|

Defendant, Donald MacGuineas, hereby notifies the court that his address has changed to the above-shown.

Submitted on 2014-Jan-21.

                                                         s/ Donald Biard MacGuineas
                                                         *Defendant*