```
 1              IN THE UNITED STATES DISTRICT COURT

 2                       DISTRICT OF ARIZONA

 3

 4   UNITED STATES OF AMERICA

 5   vs.                                    CR-07-1838-TUC-RCC

 6   DONALD BIARD MacGUINEAS,

 7           Defendant.
     _____
 8
                                             April 19, 2010
 9                                           Tucson, Arizona

10
                          INITIAL APPEARANCE
11

12       BEFORE THE HONORABLE HECTOR C. ESTRADA
               UNITED STATES MAGISTRATE JUDGE
13

14              A P P E A R A N C E S

15

16   For the Government:    Beverly K. Anderson
                            Assistant U.S. Attorney
17

18   For the Defendant:     Karen L. Ottenstein
                            Attorney at Law
19

20

21        PROCEEDINGS WERE DIGITALLY RECORDED

22

23     TRANSCRIBED BY:  ERICA R. GRUND, RDR, CRR
              405 West Congress, Suite 1500
24                Tucson, Arizona 85701
                    (520) 205-4267
25
```

|   |   |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | (Call to order of court, 3:04 p.m.) |
| 3 | THE CLERK:  When your name is called, please come forward with counsel. |
| 5 | CR-07-1838, USA vs. Donald Biard MacGuineas. |
| 7 | (Names and cases were announced in unrelated matters.) |
| 9 | THE CLERK:  All on for initial appearance.  Counsel, please state your appearances. |
| 12 | MS. ANDERSON:  Beverly Anderson for the United States in the MacGuineas matter, Your Honor. |
| 14 | THE COURT:  Good afternoon. |
| 15 | (Counsel announce their appearance in unrelated matters.) |
| 17 | MS. OTTENSTEIN:  Good afternoon, Your Honor.  Karen Ottenstein standing in for Edward Laber representing Donald Biard MacGuineas, present, in custody. |
| 21 | THE COURT:  Good afternoon. Thank you for covering for Mr. Laber. |
| 23 | (Counsel announce their appearance in unrelated matters.) |
| 25 | THE COURT:  Have counsel had an |

```
 1  opportunity to go over the petitions that have been
 2  filed against these gentlemen?
 3          (Defense counsel respond simultaneously in
 4           the affirmative.)
 5          THE COURT:  Will counsel waive reading and
 6  enter a denial to the allegations?
 7          (Defense counsel respond simultaneously in
 8           the affirmative.)
 9          THE COURT:  Very well, then.  Denials will
10  be entered and matters set as follows:
11          As to Mr. MacGuineas, admit/deny hearing
12  set for Wednesday, May 5, at 10:30 a.m., before
13  Judge Velasco.  That's May 5, 10:30 a.m., before
14  Judge Velasco.
15          (Proceedings occurred in unrelated
16           matters.)
17          THE COURT:  Each defendant will be held
18  pending resolution of their matters.
19          Counsel have anything further?
20          (Counsel simultaneously respond in the
21           negative.)
22          THE COURT:  Thank you for your time.
23          (Proceedings concluded in this matter at
24           3:06 p.m.)
25
```

1          C E R T I F I C A T E

3          I, Erica R. Grund, do hereby certify that
4 the preceding pages of typewritten matter are a
5 true, correct, and complete transcription of the
6 digital recording of proceedings in the above-
7 entitled matter.
8          Dated this 30th day of January, 2014.

10                         s/Erica R. Grund
                   Erica R. Grund, RDR, CRR